1084

[Nos. 48323-8-II; 48286-0-II.   Division Two.   February 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. COBA PALMER, JR., *Appellant*.

*In the Matter of the Personal Restraint of* COBA PALMER, JR., *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-04764-1, Michael E. Schwartz, J., entered October 27, 2015, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *granted* by unpublished opinion per Worswick, J., concurred in by Johanson and Sutton, JJ.

[No. 48548-6-II.   Division Two.   February 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CHRISTOPHER MILLER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00541-8, Nelson E. Hunt, J., entered November 4, 2015. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 48631-8-II.   Division Two.   February 28, 2017.]

KENNETH SWANIGAN ET AL., *Appellants*, v. MOST WORSHIPFUL PRINCE HALL GRAND LODGE F.A.M. WASHINGTON & JURISDICTION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-09953-7, Michael E. Schwartz, J., entered January 11, 2016. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.